# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE A. SCHWARTZ, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )    **CIVIL ACTION NO.: 2:17-CV-06884** |
| THE LINCOLN NATIONAL LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

**WHEREFORE,** Plaintiff Jane A. Schwartz ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Defendant") have filed a Joint Stipulation of Dismissal (Doc. 8) pursuant to the Federal Rules of Civil Procedure, it is hereby

**ORDERED, ADJUDGED, and DECREED** that all claims of Plaintiff against Defendant in the above-styled action are hereby dismissed with prejudice, each party to bear its own costs, attorneys' fees, and expenses.

10/18/17

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE